IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THELMA WILLIAMS, JR.,                                                   PLAINTIFF
#13036-09

v.                      Case No. 4:10CV00140 JLH/HLJ

NURSE MEARS, *et al*.                                               DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE