**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

THELMA WILLIAMS, JR.,                                                            PLAINTIFF
#13036-09

v.                    Case No. 4:10CV00140 JLH/HLJ

NURSE MEARS, *et al*.                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of March, 2010.

                                                           *J. Leon Holmes*
                                                           UNITED STATES DISTRICT JUDGE